1  SCOTT N. SCHOOLS, SBN SC 9990
   United States Attorney
2  LUCILLE GONZALES MEIS, SBN CO 15153
   Regional Chief Counsel, Region IX,
3  Social Security Administration
   ELIZABETH FIRER, SBN WI 1034148
4  Special Assistant United States Attorney

5       333 Market Street, Suite 1500
        San Francisco, California 94105
6       Telephone:  (415) 977-8943
        Facsimile:  (415) 744-0134
7
   Attorneys for Defendant
8
9                    UNITED STATES DISTRICT COURT

10                   NORTHERN DISTRICT OF CALIFORNIA

11

12  SUZANNE MEADOR,                    )
                                       )      CIVIL NO. 07-02418 JF RS
13       Plaintiff,                    )
                                       )
14            v.                       )      STIPULATION AND ORDER FOR
                                       )      EXTENSION
15  MICHAEL J. ASTRUE,                 )
    Acting Commissioner of             )
16  Social Security,                   )
                                       )
17       Defendant.                    )
    _____)

18

19       IT IS HEREBY STIPULATED by the undersigned for the respective parties, subject to the

20  approval of the Court, that the Commissioner have a 30-day extension of time in which to file a response

21  to Plaintiff's Motion for Summary Judgment.  The extension is necessary due to the heavy case load of

22  the Special Assistant United States Attorney assigned to this case, and an office-wide restructuring of

23  attorney responsibilities.

24       The Commissioner's response to Plaintiff's Motion for Summary Judgment was due on November

25  26, 2007, it will now be due on December 26, 2007.

26  ///

27  ///

28

1

Dated:   November 26, 2007                    /s/ *Harvey P. Sackett*
                                               *(As authorized via telephone on November 26, 2007*)
2                                              HARVEY P. SACKETT
                                               Attorney for Plaintiff
3

4
                                               SCOTT N. SCHOOLS
                                               United States Attorney
5

6

Dated:   November 26, 2007         By:    /s/ *Elizabeth Firer*
7                                          ELIZABETH FIRER
                                           Special Assistant United States Attorney
8

9

10    PURSUANT TO STIPULATION, IT IS SO ORDERED that Defendant Commissioner of Social

11    Security shall have an additional 30 days in which to respond to Plaintiff's Motion for Summary

12    Judgment, up to and including December 26, 2007.

13

14

15    Dated:   _11/29/07_____

16                                         HON. ~~RICHARD SEEBORG~~ JEREMY FOGEL
                                           United States ~~Magistrate Judge~~ District Court Judge
17

18

19

20

21

22

23

24

25

26

27

28

2