**E-filed 1/15/08**

1  SCOTT N. SCHOOLS, SBN SC 9990
   United States Attorney
2  LUCILLE GONZALES MEIS, SBN CO 15153
   Regional Chief Counsel, Region IX,
3  Social Security Administration
   ELIZABETH FIRER, SBN WI 1034148
4  Special Assistant United States Attorney

5      333 Market Street, Suite 1500
       San Francisco, California 94105
6      Telephone:  (415) 977-8943
       Facsimile:  (415) 744-0134
7
   Attorneys for Defendant
8
9                      UNITED STATES DISTRICT COURT

10                     NORTHERN DISTRICT OF CALIFORNIA

11

12  SUZANNE MEADOR,                    )
                                       )      CIVIL NO. 07-02418 JF RS
13          Plaintiff,                 )
                                       )
14          v.                         )      STIPULATION AND ORDER FOR
                                       )      EXTENSION
15  MICHAEL J. ASTRUE,                 )
    Acting Commissioner of            )
16  Social Security,                   )
                                       )
17          Defendant.                 )
    _____)

18

19      IT IS HEREBY STIPULATED by the undersigned for the respective parties, subject to the

20  approval of the Court, that the Commissioner have a second 30-day extension of time in which to file a

21  response to Plaintiff's Motion for Summary Judgment.  The extension is necessary due to the heavy case

22  load of the Special Assistant United States Attorney assigned to this case.

23      The Commissioner's response to Plaintiff's Motion for Summary Judgment was due on December

24  26, 2007, it will now be due on January 25, 2008.

25  ///

26  ///

27  ///

28  ///

1

2
Dated:  December 21, 2007                    /s/ *Harvey P. Sackett*
                                                *(As authorized via telephone on December 21, 2007)*
                                                HARVEY P. SACKETT
3                                               Attorney for Plaintiff

4
                                                SCOTT N. SCHOOLS
5                                               United States Attorney

6
Dated:  December 21, 2007          By:    /s/ *Elizabeth Firer*
                                                ELIZABETH FIRER
7                                               Special Assistant United States Attorney

8

9

10    PURSUANT TO STIPULATION, IT IS SO ORDERED that Defendant Commissioner of Social

11    Security shall have an additional 30 days in which to respond to Plaintiff's Motion for Summary

12    Judgment, up to and including January 25, 2008.

13

14

15    Dated:  ___1/15/08_____

16                                              ~~HON. RICHARD SEEBORG~~JUDGE JEREMY FOGEL
                                                United States ~~Magistrate Judge~~District Court

17

18

19

20

21

22

23

24

25

26

27

28