\*\*E-filed 7/7/08\*\*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| SUZANNE N. MEADOR, | Case Number C 07-02418 JF |
| Plaintiff, | JUDGMENT |
| v. | |
| MICHAEL J. ASTRUE[1], Commissioner of Social Security, | |
| Defendant. | |

The parties' arguments having been considered and a decision having been rendered,

IT IS ORDERED AND ADJUDGED that Plaintiff's motion for summary judgment is denied; Defendant's cross-motion for summary judgment is granted; and judgment is hereby entered in favor of Defendant. The Clerk shall close the file.

DATED: 7/7/08

_____
JEREMY FOGEL
United States District Judge

---

[1] Michael J. Astrue became Commissioner of the Social Security Administration on February 1, 2007.

1  This Order has been served upon the following persons:

2  Elizabeth Firer     Elizabeth.Firer@ssa.gov

3  Harvey Peter Sackett     hps@hpspc.com, juanita@sackettlaw.com, julie@sackettlaw.com, lucyc@sackettlaw.com

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28